1 **Srourian Law Firm, P.C.**
2 Daniel Srourian, Esq. (SBN285678)
3 3435 Wilshire Boulevard, Suite 1710
  Los Angeles, California 90010
4 Telephone: (213) 474-3800
  Fax:  (213) 471-1460
5 daniel@slfla.com
6
  Arthur K. Cunningham (SBN 97506)
7 JACKSON LEWIS P.C.
  Huy M. Tran (SBN 322465)
8 3390 University Ave., Suite 110
9 Riverside, CA 92501                                    closed
  Phone:  (951) 848-7940
10 Fax:  (949) 885-1380
11 Arthur.Cunningham@jacksonlewis..com
12 Huy.Tran@jacksonlewis.com
13

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SHOEMAKER, individually, | Case No.: 2-22-cv-02190-JFW-PVCx |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., | |
| Defendants. | |

ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING,

IT IS ORDERED that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: April 2, 2024

_____
UNITED STATES DISTRICT JUDGE

---